IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| THE BOARD OF LUCAS COUNTY COMMISSIONERS | ) ) ) | |
| CITY OF TOLEDO | ) ) ) | |
| ENVIRONMENTAL LAW & POLICY CENTER | ) ) ) ) | No. 24-cv-00779 |
| Plaintiffs | ) ) ) | |
| vs. | ) ) ) | |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY | ) ) ) ) | Judge James G. Carr |
| MICHAEL REGAN, in his official capacity as Administrator, United States Environmental Protection Agency | ) ) ) ) ) | |
| DEBRA SHORE, in her official capacity as Region 5 Administrator, United States Environmental Protection Agency | ) ) ) ) ) | |
| Defendants | ) | |

**MOTION FOR ADMISSION OF KATHLEEN GARVEY *PRO HAC VICE***

Pursuant to Local Rule 83.5(h) of the United States District Court for the Northern District of Ohio, Kathleen Garvey, one of the attorneys for plaintiffs Environmental Law & Policy Center ("ELPC"), hereby moves the Court to grant this Motion for Admission of Kathleen Garvey *pro hac vice* in the above-captioned proceeding. In support of this Motion, Movant states as follows:

1. Movant's name is Kathleen Garvey.

2. Movant's address is 35 East Wacker Drive, Suite 1600, Chicago, IL 60601.

3. Movant's telephone number is (312) 673-6500.

4. Movant's facsimile number is (312) 795-3730.

5. Movant's email address is kgarvey@elpc.org.

6. Movant was admitted to the highest court of the State of Illinois on October 31, 2013, bar registration number 6312867.

7. Movant is currently in good standing with the Supreme Court of Illinois as evidenced by a certificate of good standing dated April 25, 2024, attached as Exhibit A.

8. Movant represents that she has never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States, nor has she ever received any reprimand from any such court, department, bureau, or commission pertaining to conduct or fitness as a member of the bar.

Respectfully submitted,

/s/ Kathleen Garvey
Kathleen Garvey
Environmental Law & Policy Center
35 East Wacker Drive, Suite 1600
Chicago, IL 60601
T: (312) 673-6500
F: (312) 795-3730
kgarvey@elpc.org
*Counsel for Plaintiff Environmental Law & Policy Center*