IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| THE BOARD OF LUCAS COUNTY COMMISSIONERS, et al. )<br><br>Plaintiffs, )<br>v. )<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al. )<br><br>Defendants. ) | Case No. 3:24-cv-00779 |

**STATE AND NATIONAL AGRICULTURAL ASSOCIATIONS' MOTION TO INTERVENE AS DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 24 and Local Rule 7.1, Ohio Pork Council, Ohio Dairy Producers Association, Ohio Cattlemen's Association, Ohio Poultry Association, Ohio Farm Bureau Federation, Ohio Soybean Association, Ohio Corn & Wheat Growers Association, American Farm Bureau Federation, National Pork Producers Council, National Corn Growers Association, and United Egg Producers (together, "Agricultural Associations") move to intervene as defendants as a matter of right, and alternatively, for permissive intervention. A proposed answer is attached as Exhibit A in the event intervention is granted. Plaintiffs do not consent to this motion. Defendants reserve the right to file a response upon reviewing this motion.

This lawsuit challenges the U.S. Environmental Protection Agency's ("EPA") approval of the Ohio Environmental Protection Agency's Maumee Watershed Nutrient Total Maximum Daily Load ("Maumee TMDL") pursuant to the Clean Water Act. *See* 33 U.S.C. § 1313(d). Agricultural Associations' members raise livestock or grow crops within the Maumee Watershed and thus have

1

a significant interest in any new limits and restrictions on the amount of phosphorus that may enter the Maumee River and, ultimately, the Western Lake Erie Basin. Plaintiffs' Complaint alleges that the Maumee TMDL, which aims to reduce phosphorus loadings into the Maumee River, is deficient in many respects. Consequently, Plaintiffs are seeking more stringent and detailed limits on phosphorus from both point and nonpoint sources of agricultural phosphorus. Plaintiffs also seek a detailed implementation plan that provides reasonable assurances that those new limits will be achieved. To protect the interests of their members in the challenged TMDL, Agricultural Associations move to intervene as a matter of right under Federal Rule of Civil Procedure ("Rule") 24(a)(2) and, in the alternative, for permissive intervention under Rule 24(b)(1). Agricultural Associations' motion to intervene is timely, and their intervention would not delay the adjudication of any issues or prejudice the rights of any party to this action. Moreover, none of the existing parties adequately represent the interests of Agricultural Associations' members in the challenged Maumee TMDL.

The grounds for this Motion to Intervene are more fully set forth in the attached memorandum in support.

Dated: September 20, 2024                                  Respectfully submitted,

                                                           */s/ Daniel W. Wolff*
                                                           Daniel W. Wolff (0074168)
                                                           David Y. Chung (*pro hac* application forthcoming)
                                                           Elizabeth B. Dawson (*pro hac* application forthcoming)
                                                           Eryn C. Howington (*pro hac* application forthcoming)
                                                           **CROWELL & MORING LLP**
                                                           1001 Pennsylvania Avenue, N.W.
                                                           Washington, D.C. 20004
                                                           Phone: (202) 624-2500

2

Facsimile: (202) 628-5116
Dwolff@crowell.com
Dchung@crowell.com
EDawson@crowell.com
Ehowington@crowell.com

*Attorneys for Proposed Intervenor-Defendants Ohio Pork Council, Ohio Dairy Producers Association, Ohio Cattlemen's Association, Ohio Poultry Association, Ohio Farm Bureau Federation, Ohio Soybean Association, Ohio Corn & Wheat Growers Association, American Farm Bureau Federation, National Pork Producers Council, National Corn Growers Association, and United Egg Producers*

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2024, I electronically filed a copy of the foregoing Motion to Intervene with the Clerk of Courts using the CM/ECF system. Notice of the filing will be sent to all parties in the case by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Daniel W. Wolff*
Daniel W. Wolff