IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| THE BOARD OF LUCAS COUNTY COMMISSIONERS, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 3:24-cv-00779 |
| U.S. ENVIRONMENTAL, PROTECTION AGENCY, et al., | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

**DEFENDANTS' RESPONSE TO AGRICULTURAL ASSOCIATIONS'
MOTION TO INTERVENE**

Defendants U.S. Environmental Protection Agency et al. (collectively, "EPA") submit this response to the State and National Agricultural Associations' Motion to Intervene as Defendants (ECF No. 19).

EPA opposes intervention as of right because this case is a challenge under the Administrative Procedure Act ("APA") to EPA's final agency action.  The sole issue for this Court to consider is whether EPA's action was arbitrary, capricious, or otherwise contrary to law when it approved Ohio's TMDL.  5 U.S.C. § 706.  EPA is in the best position to defend the decision that it made.  The Agricultural Associations assert that they "represent the narrower economic and other agricultural interests of their members," but do not explain why EPA's defense of its decision would not adequately protect those interests.  *See, e.g., Little Rock Sch. Dist. v. N. Little Rock Sch. Dist.*, 378 F.3d 774, 780 (8th Cir. 2004) (the burden to show that representation may be inadequate "is greater if the named party is a government entity that represents interests common to the public");

*Kleissler v. U.S. Forest Serv.*, 157 F.3d 964, 972 (3d Cir. 1998) (an agency "charged by law with representing a national policy is presumed adequate for the task, particularly when the concerns of the proposed intervenor … closely parallel those of the public agency").  The Agricultural Associations' interest are therefore adequately represented by EPA's defense of its own action on the administrative record.

However, EPA takes no position on whether the Court should grant permissive intervention.

Date:  October 17, 2024               Respectfully submitted,

                                       TODD KIM
                                       Assistant Attorney General

*/s/ Daniel R. Dertke*
MIRANDA M. JENSEN
DANIEL R. DERTKE
United States Department of Justice
Environment & Natural Resources Div.
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044-7611
Fax: (202) 514-8865
(202) 598-3071 (Jensen)
(202) 514-0994 (Dertke)
miranda.jensen@usdoj.gov
daniel.dertke@usdoj.gov

REBECCA C. LUTZKO
United States Attorney

GUILLERMO J. ROJAS
Assistant United States Attorney
Northern District of Ohio, Toledo Branch
4 Seagate #308
Toledo, Ohio 43604

*Counsel for Defendants*