UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

The Board of Lucas County
Commissioners, *et al.*                                         Case No. 3:24-cv-779

        Plaintiffs,

v.                                                              ORDER

United States Environmental Protection
Agency, *et al.*,

        Defendants.

On May 30, 2025, I held a video status conference with counsel for the parties, as well as counsel for the movant-intervenors. Pursuant to our discussion during that conference, I hereby order that the Clerk of Court shall reopen the motion for a protective order. (*See* Doc. No. 25). Further deadlines in this case will be set following the resolution of that motion, the pending motion to expand the administrative record, and the pending motions to intervene.

So Ordered.

                                                    s/ Jeffrey J. Helmick
                                                    United States District Judge