UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

The Board of Lucas County
Commissioners, *et al.*,

Case No. 3:24-cv-779

      Plaintiffs,

v.

JUDGMENT ENTRY

United States Environmental Protection
Agency, *et al.*,

      Defendants.

For the reasons stated in the Memorandum Opinion and Order filed contemporaneously, I grant the motion of Lake Erie Waterkeeper, Food & Water Watch, and Waterkeeper Alliance, Inc. to intervene as Plaintiffs in this case. (Doc. No. 46). I deny the motions to intervene filed by the Agricultural Associations and Maumee Coalition II Association. (Doc. Nos. 19 and 38). Plaintiff-Intervenors shall file their complaint within seven days of this Memorandum Opinion and Order.

So Ordered.

                                                s/ Jeffrey J. Helmick
                                                United States District Judge