## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OHIO, WESTERN DIVISION

| | |
|---|---|
| THE BOARD OF LUCAS COUNTY COMMISSIONERS, *et al.* | |
| *Plaintiffs,* | Case No. 3:24-cv-00779 |
| v. | Judge Jeffrey J. Helmick |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.* | Notice of Appeal |
| *Defendants.* | |

## MAUMEE COALITION II ASSOCIATION'S NOTICE OF APPEAL FROM ORDER DENYING MOTION TO INTERVENE AS AN ADDITIONAL DEFENDANT

The Maumee Coalition II Association[1] hereby appeals to the United States Court of Appeals for the Sixth Circuit from an order entered in this action on the second day of July 2025 denying the Coalition's Motion to Intervene. (Doc. No. 68).

Respectfully submitted,

*/s/ Stephen P. Samuels*
Stephen P. Samuels (007979)(Trial Counsel)
Stephen N. Haughey (0010459)
Christina Wieg (0098693)
**FROST BROWN TODD LLP**
10 West Broad Street
Columbus, OH 43215-3484
(614) 371-8042
ssamuels@fbtlaw.com
shaughey@fbtlaw.com
cwieg@fbtlaw.com
*Counsel for the Maumee Coalition II Association*

---

[1] The Coalition's current members are the Cities of Lima and Dayton, Ohio, the Board of Commissioners for Allen County, Ohio, and PCS Nitrogen Ohio, L.P.

## CERTIFICATE OF SERVICE

  I hereby certify that the foregoing was filed electronically on August 1, 2025, using the Court's CM/ECF system, and parties may access the filing under that system.

                  */s/Stephen P. Samuels*
                  *Counsel for the Maumee Coalition II Association*

0148224.0747190  4916-8079-6247v2