# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

|  |  |
|---|---|
| THE BOARD OF LUCAS COUNTY COMMISSIONERS, et al.,<br><br>          Plaintiffs,<br>    v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>          Defendants. | Case No. 3:24-cv-00779 |

## NOTICE OF APPEAL

The Ohio Pork Council, Ohio Dairy Producers Association, Ohio Cattlemen's Association, Ohio Poultry Association, Ohio Farm Bureau Federation, Ohio Soybean Association, Ohio Corn & Wheat Growers Association, American Farm Bureau Federation, National Pork Producers Council, National Corn Growers Association, and United Egg Producers (together, "Agricultural Associations"), through undersigned counsel, hereby appeal to the United States Court of Appeals for the Sixth Circuit from the Order (Dkt 68) and Judgment (Dkt 69) of the District Court entered on July 2, 2025, denying the Agricultural Associations' motion to intervene.

Dated: August 15, 2025

Respectfully submitted,

/s/ Daniel W. Wolff
Daniel W. Wolff (0074168)
David Y. Chung (admitted *pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Phone: (202) 624-2500
dwolff@crowell.com
dchung@crowell.com

## CERTIFICATE OF SERVICE

      I hereby certify that on August 15, 2025, I electronically filed a copy of the foregoing through the CM/ECF system. Notice of the filing will be sent to all parties through the Court's electronic filing system.

      /s/ Daniel W. Wolff
      Daniel W. Wolff