UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

The Board of Lucas County
Commissioners, *et al.*,

        Plaintiffs,

    v.

United States Environmental Protection
Agency, *et al.*,

        Defendants.

Case No. 3:24-cv-779

ORDER

On March 10, 2026, the United States Court of Appeals for the Sixth Circuit reversed my denial of the motion of Intervenor-Defendants Ohio Pork Council, Ohio Dairy Producers Association, Ohio Cattlemen's Association, Ohio Poultry Association, Ohio Farm Bureau Federation, Ohio Soybean Association, Ohio Corn & Wheat Growers Association, American Farm Bureau Federation, National Pork Producers Council, National Corn Growers Association, and United Egg Producers, (collectively, the "Agricultural Associations"), to intervene in this litigation as of right and remanded the case for further proceedings.[1] *Lucas Cnty. Bd. of Comm'rs v. United States Env't Prot. Agency*, 169 F.4th 689 (6th Cir. 2026). (*See also* Doc. No. 82). Therefore, it hereby is ordered that the Agricultural Associations' motion to intervene as Defendants in this case is granted, (Doc. No. 19), and the Intervenor-Defendants shall file their answers or other responsive documents on or before June 12, 2026.

---

[1] The appellate court affirmed the denial of the Maumee Coalition II Association's motion to intervene. (*See* Doc. No. 36).

Further, I note there are several outstanding discovery disputes, some of which are the subject of pending motions and briefing, and some of which have been raised through the submission of joint letters to my chambers pursuant to my Standing Order regarding discovery disputes.  I conclude granting leave to file motions to supplement the administrative record is appropriate so that the parties may make a record for a potential future appeal, if necessary.  Therefore, it hereby is ordered that Plaintiffs the Board of Lucas County Commissioners, City of Toledo, and Environmental Law & Policy Center, and Plaintiff-Intervenors Waterkeeper Alliance, Inc., Food & Water Watch, and Lake Erie Waterkeeper shall move to supplement the administrative record on or before June 19, 2026.  Briefs in opposition shall be filed on or before July 13, 2026, and briefs in reply, if any, shall be filed on or before July 24, 2026.

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge